UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1222 DSD/FLN

GEORGE FIORENTINO,

Plaintiff,

v.

B. HAVRON, J.E. PETERSON,
M. CIESIEKI, S.M. PEDERSON,
JOHN DOE, WAYNE SMITH,
G.L. HERSCHBERGER, and
HARRELL WATTS,

Defendants.

**O R D E R**

Upon motion of the Federal Defendants, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that the Federal Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to January 31, 2002.

Dated: 1/15/02

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 1-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______