UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George Fiorentino,

Plaintiff,

v.

B. Havron, J.E. Peterson,
et al.,

Defendants.

Civil 01-1222 DSD/FLN

ORDER

This matter is before the undersigned United States Magistrate Judge on Defendants' motion to dismiss. **IT IS HEREBY ORDERED** that any written response from Plaintiff to this motion must be filed with the court and served on the defendants on or before February 28, 2002. The Court will decide the motion on written submissions from the parties.

DATED: February 1, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 2-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________