# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

George James Fiorentino

Plaintiff

v.

B. Havron, J.E. Peterson, M. Ciesieki, S.M. Pederson, John Doe, Wayne Smith, G.L. Hershberger and Harrell Watts

Defendants

Case No. Civil 01-1222 JEL/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss is granted. Plaintiff's complaint is dismissed with prejudice as to Defendants Wayne Smith, G. L. Hershberger and Harrell Watts. Plaintiff's compliant is dismissed without prejudice as to all other Defendants.

DATE: September 26, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

35